# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

LORRIE GOULET, on her own behalf and all
similarly situated individuals,

      Plaintiff,

v.                                CASE NO. 2:10-CV-215-FtM-36SPC

MEDERI CARETENDERS VS of SW FL, LLC, a
Florida Limited Liability Company,

      Defendant.

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation of United States Magistrate Judge Sheri Chappell, filed on April 12, 2011 (Dkt. 43), recommending that the Court grant the parties' Joint Motion for Approval of Settlement Agreement (Dkt. 42). Neither party filed objections to the Magistrate's Report and Recommendation.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1)      The Report and Recommendation of the Magistrate Judge (Dkt. 43) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2)      The Joint Motion Requesting Approval of Settlement Agreement and Entry of an Order of Dismissal (Dkt. 42) is **GRANTED**.  The Settlement Agreement (Dkt. 42, Ex. A) is **APPROVED**, as it represents a fair and reasonable resolution of this case.

3)      This action is **DISMISSED**, with prejudice..

4)      The Clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on April 29, 2011.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD

- 2 -